AO 245E   (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 OCT 22 PM 3: 18

UNITED STATES OF AMERICA
v.
International Trade Consultants, LLC, (09)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Organizational Defendants)

CASE NUMBER: 12CR3137-MMA

Marc Xavier Carlos
Defendant Organization's Attorney

[x] Modification of Restitution Order (18 U.S.C. § 3664)

THE DEFENDANT ORGANIZATION:
[x] pleaded guilty to count(s) ONE OF THE INDICTMENT
[ ] was found guilty on count(s) _____
    after a plea of not guilty.
    Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371 | Conspiracy to Defraud the United States and Commit Offenses against the United States | 1 |

The defendant organization is sentenced as provided in pages 2 through __3__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
[ ] The defendant organization has been found not guilty on count(s) _____
[x] Count(s) Remaining   is [ ] are [x] dismissed on the motion of the United States.
[x] Assessment: $400.00

[x] Fine ordered waived      [ ] Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

JULY 1, 2013
Date of Imposition of Sentence

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

12CR3137-MMA

AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page 2 of 3

DEFENDANT ORGANIZATION: International Trade Consultants, LLC, (09)
CASE NUMBER: 12CR3137-MMA

# PROBATION

The defendant organization is hereby sentenced to probation for a term of:

FIVE (05) YEARS

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[ ] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

12CR3137-MMA

AO 245S   Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 3

DEFENDANT: International Trade Consultants, LLC, (09)
CASE NUMBER: 12CR3137-MMA

## RESTITUTION

The defendant shall pay restitution in the amount of  $3,763,234.74  unto the United States of America.

This sum shall be paid ___ immediately.
               **x** as follows:

Defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the Defendant's income, or $25.00 per quarter, whichever is greater. Defendant shall then pay restitution during his supervised release period to the California Board of Equalization at the rate of $200 per month. After Defendant has completed these payments to the California Board of Equalization, he shall pay restitution to the United States Customs and Border Protection at the rate of $200 per month. See restitution order filed on 10/15/2013.

| Payee | Amount |
|---|---|
| California Board of Equalization<br>Attn: Cashier Unit<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 | $1,720,381.50 |
| United States Customs and Border Protection<br>National Finance Center<br>Attn: Revenue Division (Restitutions)<br>6650 Telecom Drive<br>Indianapolis, IN 46278 | $1,990,501.17 |
| United States Customs and Border Protection<br>National Finance Center<br>Attn: Revenue Division (Restitutions)<br>6650 Telecom Drive<br>Indianapolis, IN 46278 | $52,352.07 |

The Court has determined that the defendant  does  have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

12CR3137-MMA